**Opinion issued August 28, 2014**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-14-00624-CV

————————————

## IN RE MIGUEL ZARAGOZA FUENTES, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Miguel Zaragoza Fuentes, has filed a petition for writ of mandamus challenging the trial court's denial of his special appearance in the underlying proceeding.[1] We **deny** the petition for writ of mandamus.

### PER CURIAM

Panel consists of Justices Higley, Bland, and Sharp.

---

[1] The underlying case is *In the Matter of the Marriage of Evangelina Lopez Guzman Zaragoza and Miguel Zaragoza Fuentes, et al.*, cause number 2014-30215, pending in the 245th District Court of Harris County, the Honorable Roy L. Moore presiding.